# DEFENDANT INFORMATION SHEET  CR20-09-1

**TO:** Clerk, U.S. District Court    [X] Felony    [ ] Class A Misdemeanor

**DEFENDANT:** Brian Mark Lemley, Jr.    [X] Indictment    [ ] Information

**DOB (Year Only)** 1986    **COUNTY OF OFFENSE:** New Castle

### OFFENSE(S) & CITATION(S):  MAXIMUM PENALTY:

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTY |
|---|---|
| Count I – Transporting Certain Aliens, in violation of Title 8 U.S.C. § 1324(a)(1)(A)(ii) | Maximum 5 years imprisonment, a fine of not more than $250,000, 3 years supervised release, $100 special assessment |
| Count II – Harboring Certain Aliens, in violation of 8 U.S.C. 1324(a)(1)(A)(iii) | Maximum 5 years imprisonment, a fine of not more than $250,000, 3 years supervised release, $100 special assessment |
| Count III – Aiding and Abetting an Alien in Possession of Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(5)(A) and 924(a)(2) and 18 U.S.C. § 2 | Maximum 10 years imprisonment, a fine not more than $250,000, 3 years supervised release, $100 special assessment |
| Count IV – Illegal Possession of a Machine Gun, in violation of 18 U.S.C. § 922(o) | Maximum 10 years imprisonment, a fine of not more than $250,000, 3 years supervised release, $100 special assessment |
| Count V – Possession of an Unregistered Machine Gun, in violation of 26 U.S.C. § 5861(d) | Maximum 10 years imprisonment, a fine of not more than $10,000, 3 years supervised release, $100 special assessment |
| Count VI – Destruction of Records or Tangible Object in Federal Investigations, in violation of 18 U.S.C. § 1519 | Maximum 20 years imprisonment, a fine of not more than $250,000, 3 years supervised release, $100 special assessment |

### INSTRUCTIONS

[ ] Order to Produce for Arraignment on: _____ at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order _____

[ ] Issue Summons for Initial Appearance on: _____ at _____

[ ] Interpreter Needed    Language _____

### DEFENDANT INFORMATION

Defendant's Address:  Incarcerated with U.S. Attorney's Office in Maryland

City: _____  County: _____  State: _____  Zip: _____

Date of Arrest: 1/16/2020    Date of 1st Appearance in this District _____

Bail Set: _____  Date Made: _____  Remains in Federal Custody [X]

FILED

JAN 28 2020

U.S. DISTRICT COURT DISTRICT OF DELAWARE

Jamie M. McCall
Assistant United States Attorney

# DEFENDANT INFORMATION SHEET

CR 20-09-2

TO: Clerk, U.S. District Court [X] Felony [ ] Class A Misdemeanor

DEFENDANT: Patrik Jordan Mathews [X] Indictment [ ] Information

DOB (Year Only) 1992    COUNTY OF OFFENSE: New Castle

## OFFENSE(S) & CITATION(S):  MAXIMUM PENALTY:

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTY |
|---|---|
| Count III – Alien in Possession of Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(5)(A) and 924(a)(2) | Maximum 10 years imprisonment, a fine not more than $250,000, 3 years supervised release, $100 special assessment |
| Count IV – Illegal Possession of a Machine Gun, in violation of 18 U.S.C. § 922(o) | Maximum 10 years imprisonment, a fine of not more than $250,000, 3 years supervised release, $100 special assessment |
| Count V – Possession of an Unregistered Machine Gun, in violation of 18 U.S.C. § 5861(d) | Maximum 10 years imprisonment, a fine of not more than $10,000, 3 years supervised release, $100 special assessment |
| Count VI – Destruction of Records or Tangible Object in Federal Investigations, in violation of 18 U.S.C. § 1519 | Maximum 20 years imprisonment, a fine of not more than $250,000, 3 years supervised release, $100 special assessment |
| | |

## INSTRUCTIONS

[ ] Order to Produce for Arraignment on: _____ at 1:00 p.m.

[ ] Issue Arrest Warrant upon signing of Order

[ ] Issue Summons for Initial Appearance on: _____ at _____

[ ] Interpreter Needed   Language _____

## DEFENDANT INFORMATION

Defendant's Address: Incarcerated with U.S. Attorney's Office in Maryland

City: _____   County: _____   State: _____   Zip: _____

Date of Arrest: 01/26/2020    Date of 1st Appearance in this District _____

Bail Set: _____   Date Made: _____   Remains in Federal Custody [X]

FILED

JAN 28 2020

U.S. DISTRICT COURT DISTRICT OF DELAWARE

Jamie M. McCall
Assistant United States Attorney